UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIGEL LEE WHITTAKER,

    Petitioner,

v.

GARY CAPELLO,

    Respondent,
_____/

CASE NO. 10-11051
HONORABLE DENISE PAGE HOOD
UNITED STATES DISTRICT COURT

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on July 31, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that Leave to Appeal *In Forma Pauperis* is GRANTED.

Dated at Detroit, Michigan, this 31st, day of July, 2013.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

APPROVED:
                              BY: s/LaShawn Saulsberry
                                  DEPUTY CLERK

s/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE