UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIGEL LEE WHITTAKER,

   Petitioner,

v.

                                 CASE NO. 10-11051
                                 HONORABLE DENISE PAGE HOOD
                                 UNITED STATES DISTRICT COURT

GARY CAPELLO,

   Respondent,

_____/

## **JUDGMENT**

The above entitled matter having come before the Court on a Petition for Writ of

Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge,

presiding, and in accordance with the Memorandum Opinion and Order entered on July 31,

2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is

DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is

DENIED.

IT IS FURTHER ORDERED that Leave to Appeal *In Forma Pauperis* is GRANTED.

Dated at Detroit, Michigan, this 31st, day of July, 2013.

                                 DAVID J. WEAVER
                                 CLERK OF THE COURT

APPROVED:

                                 BY: s/LaShawn Saulsberry
                                     DEPUTY CLERK

s/Denise Page Hood_____
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE